**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1442**

_____

EVELYN R. SINKLER,

        Plaintiff - Appellant,

    v.

WYNDHAM VACATION RESORTS, INCORPORATED,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:24-cv-02364-MSN-LRV)

_____

Submitted:  August 21, 2025                      Decided:  August 25, 2025

_____

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Evelyn R. Sinkler, Appellant Pro Se.  Terrance Wayne Anderson, Jr., NELSON MULLINS RILEY & SCARBOROUGH, LLP, Boca Raton, Florida, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelyn R. Sinkler appeals the district court's orders (1) granting Defendant's motion to dismiss Sinkler's civil action; and (2) denying her "Motion to Vacate Void Orders and Enter Default Judgment" and "Consolidated Motion for Relief From Judgment Under Rule 60(b)." On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

We have reviewed the record in conjunction with the issues Sinkler raises in her pro se filings with this Court and discern no reversible error. Accordingly, we affirm the district court's orders. *Sinkler v. Wyndham Vacation Resorts, Inc.*, No. 1:24-cv-02364-MSN-LRV (E.D. Va. Mar. 12, 2025; Apr. 21, 2025). We grant Sinkler's motion to submit the appeal based on her informal opening and supplemental opening briefs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*